No. 478. VAN DUSEN HARRINGTON COMPANY *v.* ILLINOIS CENTRAL RAILROAD COMPANY. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Albert C. Remele* for petitioner. *Mr. Asa G. Briggs* for respondent.

———

No. 479. JAMES R. CATON ET AL. *v.* MICHIGAN SANITARIUM AND BENEVOLENT ASSOCIATION ET AL. November 21, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, Henry C. Clark, George V. Triplett, Jr., W. C. Sullivan* and *Roger J. Whiteford* for petitioners. *Messrs. Frank J. Hogan, Stanton C. Peelle, Dale D. Drain* and *Wm. H. Donovan* for respondents.

———

No. 480. JOE PARENTE AND ARMANDO BONACORSI *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert B. McMillan* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

———

No. 481. JOSEPH J. WEINHANDLER *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Stuart G. Gibboney* and *David V. Cahill* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

———

No. 482. GLENDOLA STEAMSHIP CORPORATION *v.* STANDARD OIL COMPANY (N. J.). November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals